## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT COURT OF MARYLAND

IN RE:                                                    *

**ZINA PLATER**                                           *          **Chapter 7**

                                                      *          **Case No.: 19-24998**

      **Debtor(s)**                 *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### DECLARATION REGARDING AMENDED SCHEDULES

I Hereby certify under the penalties of perjury that the foregoing Amended Voluntary Petition and Amended Social Security Verification Page was signed January 27, 2020, with original signatures in my files.   Furthermore, I declare under penalties of perjury that I have read the foregoing schedules, and they are true and correct to the best of my knowledge, information and belief.


By:

/s/ Kim Parker
_____
Kim Parker, Esquire


/s/Zina Plater _____
Debtor(s)